FILED

JUN 05 2015

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

FILED
Jun 10, 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | BAP No.   EC-15-1111 |
| ) | |
| LARRY TEVIS; NANCY TEVIS; ) | Bk. No.   04-26357-B13J |
| ) | |
| Debtors. ) | Adv. No.  08-02004-B |
| _____) | |
| ) | District Court No. 2:15-mc-0069 WBS KJN |
| LARRY TEVIS; NANCY TEVIS, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| ) | |
| v. ) | **ORDER TRANSFERRING IFP MOTION** |
| ) | |
| CALIFORNIA DEPARTMENT OF ) | |
| VETERANS AFFAIRS; JAN P. ) | |
| JOHNSON, Chapter 13 Trustee, ) | |
| ) | |
| Appellees. ) | |
| _____) | |

Before:   PAPPAS and KIRSCHER, Bankruptcy Judges.

Appellants filed a motion for leave to proceed in forma pauperis with respect to this appeal ("IFP Motion").  An order was issued by the BAP Clerk, giving the bankruptcy court the opportunity to make a certification under 28 U.S.C. § 1915(a)(3) regarding whether the appeal is frivolous.  No certification was made by the trial court.

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992) and Determan v. Sandoval (In re Sandoval), 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy

Appellate Panel has no authority to grant or deny in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellants' IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

It is appellants' responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Monday, July 6, 2015**, appellants must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellant has taken to have the IFP Motion considered by the district court. For the convenience of the district court, copies of the notice of appeal, the IFP Motion, and the order on appeal are attached to this order.

Appellants must file the opening brief and excerpts of the record no later than **Monday, July 20, 2015**.

Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties.  9th Cir. BAP R. 8070-1.

Larry Tevis and Nancy Tevis
P.O. Box 156
Rescue, CA 95672



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

LARRY TEVIS & NANCY TEVIS          Case Number: 04-26357-B13

    Debtors,

---

LARRY TEVIS & NANCY TEVIS          Adversary Number: 08-2004

    Plaintiffs,

    v.

CALIFORNIA DEPARTMENT OF
VETERANS AFFAIRS, et al.

    Defendants.

---

**NOTICE OF APPEAL**

Debtors Larry and Nancy Tevis appeal under to the United States Court Of Appeals For The Ninth Circuit under 28 U.S.C. section 158(d) or (b) from the judgement, order, or decree of Bankruptcy Judge Christopher D. Jaime's, Order Dismissing Adversary, filed on March 26, 2015.

Page 1

1  The names and addresses of all parties and respective attorneys to the order appealed from, as
2  follows:
3
4  Cal Vet                                          Chapter 13 Trustee Jan P. Johnson
5  California Department Of Veterans Affairs        P.O. Box 1708
6  1227 "O" Street Room 306                         Sacramento Ca 95812-1708
7  Sacramento, CA 95814
8
9  DATED: April 1, 2015                             Respectfully submitted,

*/s/ Larry Tevis*
Larry Tevis



UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LARRY TEVIS and NANCY TEVIS,<br><br>        Debtor(s).<br>_____<br>LARRY TEVIS and NANCY TEVIS,<br><br>        Plaintiff(s),<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF<br>VETERANS AFFAIRS, et al.,<br><br>        Defendant(s).<br>_____ | Case No. 04-26357-B-13<br><br>Adversary No. 08-2004<br><br>BRES  FILED<br><br>MAR 2 6 2015<br><br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA |

**JUDGMENT**

    Findings of fact and conclusions of law having been rendered orally on the record,

    IT IS ORDERED AND ADJUDGED that this adversary proceeding is DISMISSED.

    Dated:  March 25, 2015.

_____
UNITED STATES BANKRUPTCY JUDGE

INSTRUCTIONS TO CLERK OF COURT
SERVICE LIST

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Larry Tevis
P.O. Box 156
Rescue, CA 95672

Nancy Tevis
P.O. Box 156
Rescue, CA 95672

Vasilios S. Spyridakis
1227 O St #306
Sacramento CA 95814

Jan P. Johnson
PO Box 1708
Sacramento CA 95812-1708

Ronald L. Melluish
6506 Cartera Court #150
Elk Grove CA 95758-4818

- 2 -