1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY TEVIS, et al.,                    No.  2:15-mc-0069-WBS-KJN PS

12   Plaintiffs,

13            v.                             ORDER

14
     CALIFORNIA DEPARTMENT OF
15   VETERANS AFFAIRS, et al.,

16   Defendants.

17

18          On June 10, 2015, the United States Bankruptcy Appellate Panel of the Ninth Circuit

19   transferred this action to the district court for the limited purpose of adjudicating appellants Larry

20   Tevis and Nancy Tevis' motion to proceed in forma pauperis on appeal pursuant to 28 U.S.C. §

21   1915. (ECF No. 1.)  On June 17, 2015, the undersigned denied this motion without prejudice

22   because the declaration in support of appellants' motion purported to declare the assets of both

23   appellants, but was signed only by Mr. Tevis, who was unable to make the declaration on Mrs.

24   Tevis' behalf.  (ECF No. 3.)  Appellants were ordered to file an amended motion containing both

25   of their signatures by no later than July 1, 2015.  (Id.)  On June 29, 2015, the parties filed an

26   amended motion to proceed in forma pauperis that complies with this order.  (ECF No. 4.)

27          Mr. and Mrs. Tevis' amended motion to proceed *in forma pauperis* demonstrates that

28   neither appellant is able to prepay fees and costs or give security for them.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The amended motion to proceed *in forma pauperis* (ECF No. 4) is granted.

2.  The action is referred back to the United States Bankruptcy Appellate Panel of the Ninth Circuit for all further proceedings.

3.  The Clerk of Court shall close this miscellaneous case.

IT IS SO ORDERED.

Dated:  July 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2